# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: EDCV-17-1726-R                          DATE: September 18, 2017

TITLE:   Charles Okpala v. Blue Sky Blue Sea, Inc. et al

===================================================================

PRESENT:        **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| **Christine Chung** | **N/A** |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

  Not present                                             Not present

PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: LACK OF SUBJECT MATTER JURISDICTION

This matter is set on calendar for hearing on <u>Thursday, September 21, 2017at 10:00 a.m.</u> for an ORDER TO SHOW CAUSE as to why this action should not be dismissed for lack of federal jurisdiction.  Each side shall submit a response to the Order to Show Cause, limited to three pages, no later than 12 noon PST of Wednesday, September 20, 2017.   PRESENCE OF BOTH PARTIES AT THE HEARING IS MANDATORY.  Failure to attend may result in dismissal of the action.

IT IS SO ORDERED.

MINUTES FORM II                                              Initials of Deputy Clerk__cch___
CIVIL - GEN