JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
# (RIVERSIDE)

| | |
|---|---|
| CHARLES OKPALA, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPORT LINES, a business entity form unknown, GEOFFREY CHUKWUDI OWU, an individual; ELIMCHI OWU, an individual; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO. 5:17-cv-01726-R-KSx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

Based on the Joint Stipulation of Plaintiff CHARLES OKPALA (hereinafter "Plaintiff") and Defendant BLUE SKY BLUE SEA, INC. dba AMERICAN EXPORT LINES (erroneously sued as American Export Lines) (hereinafter "AEL" or "Defendant") to Remand this Case to State Court, and good cause appearing therefore, it is hereby ORDERED that this case is remanded to the Superior Court of California – County of Riverside.

DATED: September 19, 2017

_____
Hon. Manuel Real
U.S. District Court Judge